UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID THOMAS | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 12-00180 |
| | * | |
| OCEANEERING INTERNATIONAL, INC. | * | SECTION: "C" (4) |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Joint Motion;

**IT IS HEREBY ORDERED** that all claims and demands asserted by David Thomas against Oceaneering International, Inc. are hereby dismissed, with prejudice, each party to bear its own respective costs.

NEW ORLEANS, LOUISIANA, this __24th__ day of __January__, 2013.

_____
U.S. DISTRICT JUDGE

3439176_1.DOCX